# United States District Court

Southern **DISTRICT OF** California

2008 JUL 30 AM 10: 26

CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY _____ DEPUTY

| In the Matter of the Search of <br> (Name, address or brief description of person or property to be searched) <br> Priority Delivery Confirmation Parcel # 0307-1790-0004-0780-0633 addressed to Christen McCall, 6768 Rothchild Dr., Charlotte, NC 28270. It lists the return information of Jackie McCall, 2120 College Ave., San Diego, CA 92115. | **SEARCH WARRANT** <br><br> CASE NUMBER: '08 MJ 2305 |
|---|---|

TO:     Ana L. Flores, Postal Inspector     and any Authorized Officer of the United States

Affidavit(s) having been made before me by     Ana L. Flores     who has reason to
                                                 Affiant

believe that ☐ on the person of or ☒ on the premises known as (name, description and/or location)

Priority Delivery Confirmation Parcel # 0307-1790-0004-0780-0633 addressed to Christen McCall, 6768 Rothchild Dr., Charlotte, NC 28270. It lists the return information of Jackie McCall, 2120 College Ave., San Diego, CA 92115 which is in the custody of the U.S. Postal Inspection Service.

in the Southern     District of California     there is now concealed a certain person or property, namely (describe the person or property)

    Controlled substances, materials, and documents reflecting the distribution of
    controlled substances through the United States Mail, including money paid for
    controlled substances, in violation of Title 21, United States Code, Sections
    841(a)(1), 843(b) and 846

I am satisfied that affidavit(s) and any recorded testimony establish probable cause to believe that the person or property so described is now concealed on the person or premises above-described and establish grounds for the issuance of this warrant.

YOU ARE HEREBY COMMANDED to search on or before
Date
(not to exceed 10 days) the person or place named above for the person or property specified, serving this warrant and making the search (in the daytime – 6:00 A.M. to 10:00 P.M.) ~~(at any time in the day or night as I find reasonable cause has been established)~~ and if the person or property be found there to seize same, leaving a copy of this warrant and receipt for the person or property taken, and prepare a written inventory of the person or property seized and promptly return this warrant to     JAN M. ADLER
as required by law.                                                                                   U. S. Judge or Magistrate

7/30/08 @ 1:39 p.m.     at     San Diego, CA
Date and Time Issued                                     City and State

**JAN M. ADLER**     U.S. Magistrate Judge
Name and Title of Judicial Officer                       Signature of Judicial Officer

## RETURN

| DATE WARRANT RECEIVED | DATE AND TIME WARRANT EXECUTED | COPY OF WARRANT AND RECEIPT FOR ITEMS LEFT WITH |
|---|---|---|
| 7-28-08 | 7-28-08  4:30 pm | USPS |

**INVENTORY MADE IN THE PRESENCE OF**

US Postal Inspectors A Flores and P Garn

**INVENTORY OF PERSON OR PROPERTY TAKEN PURSUANT TO THE WARRANT**

Priority Delivery Confirmation # 0307-1790-0004-0780-0633
Brown shipping box taped at the seams had flaps glued from the inside; the interior of the box was lined with styrofoam sheets; inside were contained packing peanuts and a black plastic bag which contained green colored packing peanuts; also contained was a white plastic bag which contained fertilizer and a concrete brick. All items were re-sealed and returned to the US mails.

Flores  7/28/08

## CERTIFICATION

I swear that this inventory is a true and detailed account of the person or property taken by the warrant.

_Ana Flores_

Subscribed, sworn to, and returned before me this date.

_[signature]_  7/30/08
U.S. Judge    Date